## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*J & B Auto Supply, Inc.*
Attn:  President/CEO
2523 Stoney Brook
Houston, TX 77042

　　　　　　　　　　　　　　　　　　　　／s／ M. Augustine
　　　　　　　　　　　　　　　　　　　　Mary E. Augustine (No. 4477)

617363v1